**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **NELSON J. RODRIGUEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:21-cv-00222** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **MONTGOMERY COUNTY,** | ) | |
| **TENNESSEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties (Doc. No. 26), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE